UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| REGINALD M. EASLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-0537 |
| | ) | **JUDGE HAYNES** |
| CHEATHAM COUNTY JAIL, ET AL., | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. Plaintiff, who now resides in Nashville, was a prisoner in the Cheatham County Jail when he brought this action.

For the reasons explained in the accompanying memorandum, this action is **DISMISSED**, for failure to state a claim on which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii); 1915A(b)(1). Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, Plaintiff is **NOT** certified to pursue an appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this order shall constitute the judgment in this matter.

It is so **ORDERED**.

**ENTERED** this the 9th day of July, 2009.

William J. Haynes, Jr.
United States District Judge